ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| DELOITTE & TOUCHE LLP, Recurrente, v. OFICINA CENTRAL PARA LA RECUPERACIÓN Y RECONSTRUCCIÓN DE PUERTO RICO; AUTORIDAD DE ALIANZAS PÚBLICO PRIVADAS, Recurrida. | KLRA202400359 | REVISIÓN procedente del de la Oficina Central para la Recuperación y Reconstrucción de Puerto Rico. Núm.: COR3-RFP-2024-01. Sobre: *professional services for disaster recovery project closeout services.* |

Panel integrado por su presidente, el juez Hernández Sánchez, la jueza Romero García y la jueza Martínez Cordero.

Romero García, jueza ponente.

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de julio de 2024.

Examinado el recurso de revisión presentado por la recurrente Deloitte & Touche LLP, el 8 de julio de 2024[1], este Tribunal deniega de plano el auto solicitado[2].

**Notifíquese inmediatamente.**

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Mediante *Resolución* emitida y notificada el 9 de julio de 2024, concedimos a la parte recurrida un término, que vencía hoy, 11 de julio de 2024, a las 3:00 p.m., para oponerse a la expedición del recurso. No obstante, transcurrido el término concedido, la parte recurrida no compareció.

[2] *Véase,* Art. 20(b) de la Ley Núm. 29 de 8 de junio de 2009, según enmendada, conocida como *Ley de Alianzas Público-Privadas*, 27 LPRA sec. 2619(b).

Número Identificador

RES2024 _____